**HAYES | WAKAYAMA | JUAN**
LIANE K. WAKAYAMA, ESQ.
Nevada Bar No. 11313
JEREMY D. HOLMES, ESQ.
Nevada Bar No. 14379
5798 S. Durango Drive, Ste. 105
Las Vegas, Nevada 89113
(702) 656-0808 – Telephone
(702) 655-1047 – Facsimile
lkw@hwlawNV.com
jholmes@hwlawNV.com
*Local Counsel for Plaintiff Premier Health Solutions, LLC*

and

SARAH K. DUNKLEY, ESQ.
(ARDC #6329204), *Pro Hac Vice*
ANTHONY J. WENN, ESQ.
(#6321705), *Pro Hac Vice*
GOLAN CHRISTIE TAGLIA LLP
70 W. Madison St., Ste. 1500
Chicago, Illinois 60602
(312) 263-2300
skdunkley@gct.law
ajwenn@gct.law
*Lead Counsel for Plaintiff Premier Health Solutions, LLC*

**HAYES | WAKAYAMA | JUAN**
5798 South Durango Drive, Suite 105
Las Vegas, Nevada 89113
TEL: (702) 656-0808 | FAX: (702) 655-1047

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PREMIER HEALTH SOLUTIONS, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SDAR IT SOLUTIONS LLC, a Nevada limited liability company,<br><br>Defendant. | Case No.: 2:26-cv-00062-EJY<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff PREMIER HEALTH SOLUTIONS, LLC ("Premier"), by and through their attorneys of record, the law firm of HAYES WAKAYAMA JUAN and GOLAN CHRISTIE TAGLIA LLP, through counsel Sarah K. Dunkley, Esq. and Anthony J. Wenn, Esq., and Defendant SDAR IT SOLUTIONS, LLC ("SDAR"), by and through their attorneys of record, the law firm of

HAYES | WAKAYAMA | JUAN
5798 South Durango Drive, Suite 105
Las Vegas, Nevada 89113
TEL: (702) 656-0808 | FAX: (702) 655-1047

TALG, LTD., through counsel Ismail Amin, Esq., and Esther J. Choe, Esq., hereby stipulate and agree as follows:

IT IS STIPULATED and AGREED by and between the Parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and counterclaims brought by and between the Parties in this action are hereby dismissed with prejudice;

IT IS FURTHER STIPULATED and AGREED that the Court shall retain continuing jurisdiction of this matter solely to enforce the Parties' Settlement Agreement dated July 22, 2026, and any Party may, within 90 days of the entry of this Order, file a written certification that the Settlement Agreement has not been fully complied with by a Party and move to reopen the case for good cause shown, whereupon the Court shall restore the action to its active docket;

IT IS FURTHER STIPULATED and AGREED that except as otherwise provided in the Settlement Agreement, each party shall bear its own attorneys' fees and costs.

Dated this 3rd day of August, 2026

**HAYES | WAKAYAMA | JUAN**

By: */s/ Liane K. Wakayama, Esq.*
LIANE K. WAKAYAMA, ESQ.
Nevada Bar No. 11313
JEREMY D. HOLMES, ESQ.
Nevada Bar No. 14379
5798 S. Durango Drive, Suite 105
Las Vegas, Nevada 89113
*Local Counsel for Plaintiff Premier Health Solutions, LLC*

SARAH K. DUNKLEY, ESQ.
(ARDC of IL #6329204), *Admitted Pro Hac Vice*
ANTHONY J. WENN, ESQ.
(ARDC of IL #6321705), *Admitted Pro Hac Vice*
GOLAN CHRISTIE TAGLIA LLP
70 W. Madison St., Ste. 1500
Chicago, Illinois 60602
*Lead Counsel for Plaintiff Premier Health Solutions, LLC*

Dated this 3rd day of August, 2026

**TALG, NV, LTD.**

By: */s/ Esther J. Choe, Esq.*
ISMAIL AMIN, ESQ.
Nevada Bar No. 9343
HEATHER CALIGUIRE FLEMING, ESQ.
Nevada Bar No. 14492
5852 S. Durango Drive, Suite 105
Las Vegas, Nevada 89113

**TALG, TLD.**

ESTHER J. CHOE, ESQ.
*Admitted Pro Hac Vice*
3161 Michelson Drive, Suite 1025
Irvine, California 92612
*Counsel for Defendant SDAR IT Solutions, LLC*

IT IS SO ORDERED this 3rd day of August 2026.

Elayna J. Youchah
UNITED STATES MAGISTRATE JUDGE